**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| PERTORIA, INC., | Case No. 3:09-cv-02553 |
| Plaintiff, | Honorable James G. Carr |
| v. | |
| BOWLING GREEN STATE UNIVERSITY, | **NOTICE OF DISMISSAL** |
| Defendant. | Erik G. Chappell (0066043)<br>Benjamin Z. Heywood (0079590)<br>Lyden, Liebenthal & Chappell, Ltd.<br>5470 Main Street, Suite 300<br>Sylvania, Ohio 43560<br>Telephone:  (419) 867-8900<br>Telefax:  (419) 867-8909<br>Email: egc@lydenlaw.com<br>bzh@lydenlaw.com<br><br>William T. Maloney (0014662)<br>Maloney McHugh & Kolodgy, Ltd.<br>20 North Saint Clair St.<br>Toledo, Ohio 43604<br>Telephone:  (419) 241-5175<br>Telefax:  (419) 725-2075<br>Email:  wmaloney@mmklaw.net<br>*Attorneys for Plaintiff* |

NOW COMES Plaintiff, Pertoria, Inc., by and through counsel, and hereby provides notice, pursuant to Fed. R. Civ. P. 41(A)(i), of the voluntary dismissal of its Complaint, without prejudice.

- 2 -

Respectfully submitted,

*/s/ Benjamin Z. Heywood*
Erik G. Chappell (0066043)
Benjamin Z. Heywood (0079590)
Lyden, Liebenthal & Chappell, Ltd.
5470 Main Street, Suite 300
Sylvania, Ohio 43560
Telephone: (419) 867-8900
Telefax: (419) 867-8909
Email: egc@lydenlaw.com;
bzh@lydenlaw.com

and

William T. Maloney (0014662)
Maloney McHugh & Kolodgy, Ltd.
20 North Saint Clair St.
Toledo, Ohio 43604
Telephone: (419) 241-5175
Fax: (419) 725-2075
Email: wmaloney@mmklaw.net
*Attorneys for Plaintiff*

Motion granted.
So Ordered.

S/ James G. Carr
Chief Judge

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, a copy of the foregoing **Notice of Dismissal** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Lauren M. Ross, Esq.
Debra Wehrle, Esq.
Associate Attorney General, Education Section
Ohio Attorney General Richard Cordray
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Phone: (614) 644-7250
Fax: (866) 429-9043
Email: lauren.ross@ohioattorneygeneral.gov;
dlwehrle@ag.state.oh.us

                                             */s/ Benjamin Z. Heywood*
                                             Benjamin Z. Heywood (0079590)